# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Missouri

Case Number: 2:15-CV-4208-NKL

Plaintiff/Petitioner:
**JOSEPH MORREY AND BETH MORREY, on behalf of themselves and all others similarly situated**
vs.
Defendant/Respondent:
**VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation**

Received by HPS Process Service & Investigations to be served on **Volkswagen Group of America, Inc., c/o Corporation Service Company, 830 Bear Tavern Road, West Trenton, NJ 08628**. I, Ted Cordasco, do hereby affirm that on the 1st day of October, 2015 at 12:40 pm., executed service by delivering a true copy of the Summons in a Civil Action; Class Action Complaint; and Civil Cover Sheet in accordance with state statutes in the manner marked below:

(X) REGISTERED AGENT SERVICE: By serving Doreen Haeselin
as Corporate Fulfillment Specialist @ for the above-named entity.
    Corporation Service Company Registered Agent For Volkswagen Group of America, Inc.
( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_[signature]_

PROCESS SERVER # 2944 Napps
Appointed in accordance with State Statutes

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2015015818
Ref: 0430-0009

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

Joseph Morrey and Beth Morrey, on behalf of themselves and all others similarly situated,

*Plaintiff(s)*

v.

VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation

*Defendant(s)*

Civil Action No. 2:15-cv-4208-NKL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VOLKSWAGEN GROUP OF AMERICA, INC.,
Corporation Service Company
830 Bear Tavern Road
West Trenton, NJ 08628

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman E. Siegel
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/29/2015

/s/ Claudia Wells

*Signature of Clerk or Deputy Clerk*