IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOSEPH MORREY and BETH MORREY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, <br><br> Defendants. | Case No. 2:15-cv-4208-NKL <br><br> <u>Jury Trial Demanded</u> |

**UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS AND
ENLARGEMENT OF DEFENDANT'S TIME TO ANSWER,
<u>PENDING OUTCOME OF MDL HEARING</u>**

1. Defendant Volkswagen Group of America, Inc. ("VWGoA") hereby moves, by counsel: (1) to stay all proceedings in this case pending the outcome of the Judicial Panel on Multidistrict Litigation's (the "JPML") decision on the pending motions for transfer of related actions based on common questions of fact as those contained in Plaintiffs' Complaint in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672; and (2) for an enlargement of time for VWGoA to respond to Plaintiffs' Class Action Petition, to run until such time as the Court orders, following the outcome of the JPML decision on the pending motions.

1

2. Plaintiffs Joseph Morrey and Beth Morrey, by their counsel, have authorized VWGoA to state that they do not oppose this Motion, and agree that a stay of proceedings and enlargement of VWGoA's answer time, as requested, are appropriate.

3. Defendant respectfully directs the Court's attention to the accompanying Suggestions in Support of this Motion.

Dated: October 15, 2015                                Respectfully submitted,

/s/ John W. Cowden
John W. Cowden                MO #21447
David M. Eisenberg            MO #54767
Baker Sterchi Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
cowden@bscr-law.com
eisenberg@bscr-law.com
**Attorneys for Volkswagen Group of America, Inc.**

## CERTIFICATE OF SERVICE

  I hereby certify that, on October 15, 2015, a true and correct copy of the foregoing was served upon the following via U.S. mail, postage prepaid, and has been electronically filed using the Court's CM/ECF system:

Norman E. Siegel
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
siegel@stuevesiegel.com
Attorney for Plaintiffs

             /s/ David M. Eisenberg
             Attorney for Volkswagen Group of America, Inc.

4847-7303-8889, v. 1

3

Case 2:15-cv-04208-NKL  Document 8  Filed 10/15/15  Page 3 of 3